Kazbek Soobzokov (SBN 171971)
Law Offices of Kazbek Soobzokov
1850 East 17th Street, Suite 201
Santa Ana, California 92705
Telephone:   (714) 542-4446
Facsimile:   (714) 542-2833
E-mail:   Kazbeklaw@aol.com

Attorneys for Claimant:
Al-Noor Foundation for Knowledge
and Education

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| AL-NOOR FOUNDATION FOR KNOWLEDGE AND EDUCATION, <br><br> Plaintiff, <br><br> vs. <br><br> ASHRAF ZAIM, an individual, and AZ HAJJ, a business entity, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: SACV07-580 CJC (MLGx) <br><br> ~~(PROPOSED)~~ <br><br> **JUDGMENT** |

The summons and complaint in this action having been duly served on the above-named defendants on May 26, 2007 and said defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on motion of Kazbek Soobzokov, the attorney for plaintiffs, it is hereby ORDERED and ADJUDGED that Al-Noor Foundation for Knowledge and Education, the plaintiff, does recover of ASHRAF ZAIM and AZ HAJJ, residing at 4110 Secor Road, Toledo, Ohio 43623, the sum of $85,825,00, the amount claimed, plus interest in the sum of $ 0.00, with $667.00 costs and disbarments, and

attorney fees in the sum of $0.00, amount in all to the sum of $86,492.00. Due to its Islamic religious beliefs, plaintiff Al-Noor Foundation for Knowledge and Education seeks no interest on sums owing.

Dated: January 31, 2008

By: _____
District Judge